IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LISA SUMMERS, Personal Representative of the Estate of KESHALL ANDERSON, KISHA BAILEY, Individually and as the Legal Guardian of JORDAN DOMINIQUE ROBINSON, JR., a minor, and MICHAEL BAILEY, Individually, | § § § § § § § § | No. 170, 2019 |
| Plaintiffs-Below, Appellants, | § § § § | Court Below: Superior Court of the State of Delaware |
| v. | § § | |
| CABELA'S WHOLESALE, INC., a Nebraska Corporation registered in Delaware, now doing business as CABELA'S WHOLESALE, LLC, a Nebraska Limited Liability Company registered in Delaware, | § § § § § § § | C.A. No. N18C-07-234 |
| Defendants-Below, Appellees. | § § § | |

Submitted: November 20, 2019
Decided: November 25, 2019

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR**, Justices, and **GLASSCOCK**, Vice Chancellor[*] constituting the Court en Banc.

This 25th day of November, 2019, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Memorandum Opinion dated March 29, 2019;

---

[*] Sitting by designation pursuant to Del. Const. Art. IV § 12.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice